In The United States
District Court For The
Western District of North
Carolina
Case No: 3:22-CV-00598-FDW-DSC

Michael Anthony LoRusso
#345454     Plaintiff(s)

Vs

Duke Energy Company
            Defendant(s)

FILED
CHARLOTTE, NC

FEB 27 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

## Emergency Petition To The Court

That Plaintiff who is in The "Cess Pool" of The Florida Department of Corrections that recently unprovoked transfer Plaintiff to a mental health facility and Plaintiff is not a mental health patient.

## Statement of Claim

1. That Defendant under the oversight of Florida Governor Ron DeSantis has exposed the good citizens of Florida to the illegal raise of costs to customers!

2. That Defendant is in Violation of The Sherman Act and Plaintiff has The Constitutional Right to hold Defendant accountability in clear Violation

## Florida Department of Corrections

1. That since Plaintiff has given the system a conscience by challenging it! That under direct order of Governor Ron DeSantis ordered Plaintiff be transferred to an Mental Health facility in a mental health unit and Plaintiff is not a mental health patient!

2. The total transfer of Plaintiff is based on a illegal transfer especially to a mental health unit. This was all 1000% based on Plaintiffs access to the courts.

-1-

## Governor Ron DeSantis

1. As Florida Governor has supported and attacked The Constitution which resulted in seven lost Federal lawsuits. That Governor Ron DeSantis has allowed the largest FBI investigation in history in his own state with The attack of The Capitol on January 6th, 2021.

2. Governor Ron DeSantis has allowed three Republican Sheriff's to engage in the attack of January 6th, 2021 with direct knowledge of January 6th, 2021. This Governor has not only allowed Defendant to go unchecked, but is in total Neglect of Duty of allowing three Republican Sheriffs to remain in power which all three was deeply involved in the events prior and the conspiracy of Sedition acts.

## Pinellas County Sheriff Bob Gualtieri

1. That Pinellas County Sheriff Bob Gualtieri a Pro-Trump Supporter I as total Neglect of duty! Sheriff Gualtieri allowed after numerous Police reports, and Crimes against Children filed against Justin Crowder! All of these reports was totally ignored by Pinellas County Sheriff Bob Gualtieri.

2. Justin Crowder was later revealed supplied Weapons to The Oath Keepers as proven by Jury Conviction of Stewart Rhodes and Kelly Meggs.

3. That Governor Ron DeSantis a Republican himself totally in violation of his Office never replaced Sheriff Bob Gualtieri This is the same Governor that moved Plaintiff to a mental health facility and is not a mental health patient

— 2 —

Case 3:23-cv-00135-FDW   Document 1   Filed 02/27/23   Page 2 of 4

## Marion County Sheriff Billy Woods

1. That again Governor Ron Desantis total neglect of duty of Marion County Sheriff Billy Woods! Sheriff Woods had no knowledge of the largest investigation in FBI history and the attack of The Capitol.

    A) Kelly Meggs, The Florida Branch of The Oath Keepers had headquarters in Dunnellon, Florida which is Sheriff Woods jurisdiction! So, Sheriff Woods had no idea that the events of January 6th, 2021 was happening in his jurisdiction.

## Polk County Sheriff Grady Judd

1. That Polk County Sheriff Grady Judd much like Sheriff Woods has no idea of how to find a FBI Most Wanted with a $30,000.00 reward for Johnathan Pollock. Mr. Pollock is from Lakeland, Florida again under the jurisdiction of Grady Judd.

2. This Sheriff with all the resources at his disposal that he can't find Johnathan Pollock. This Sheriff has nothing to control the flow of drugs coming into The "Cess Pool" of The Florida Department of Corrections at Polk Correctional which is the jurisdiction of Sheriff Judd!

3. Sheriff Judd has refused to investigate leads into Mr. Pollock of a direct connection which proves a conspiracy. Mr. Pollock or very strong sources that confirmed Mr. Pollock has been working for Trader's Gun + Pawn Shop in Winter Haven, Florida for Rodney Cooper! Mr. Cooper has a direct connection to the Oath Keepers and the infamous Justin Crowder

Mr. Cooper been confirmed that he along with Justin Crowder was at The Willard Hotel in the underneath garage with Proud Boys founder Enrique Tomio! All this is to be proven to Special Counsel Jack Smith.

All this is 1000% under the responsibility of Governor Ron DeSantis! Just like Plaintiff's transfer!

This Emergency Petition To The Court Comes in good faith

Respectfully,
X /s/
Michael LoRusso
#345454
Dade Correctional Institution
19000 Southeast 377th Street
Florida City, Florida 33034